IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| PETITION TO APPEAR ON BEHALF OF THE UNITED STATES<br><br>GABRIEL O. MONDINO<br>U. S. Equal Employment Opportunity Commission<br>400 N. 8th Street, Suite 350<br>Richmond, VA 23219 | MISC. NO. 25- 091 (RAM) |

## ORDER

On February 19, 2025, Gabriel O. Mondino filed an application for Special Temporary Admission and CM/ECF Registration to appear before this Court to represent the United States of America. The application includes a Certification in Support of Application submitted by Beatriz Andre, Assistant Regional Attorney, in accordance with Rule 83A(e)(3) of the Local Rules of this Court.

Attorneys employed by the United States of America, its agencies and dependencies, may appear as attorney of record for the United States, as per Rule 83A(e) of the Local Rules of this Court. Accordingly, and upon review of the documents submitted, Gabriel O. Mondino is granted leave to appear as attorney of record for the United States in cases before this District and will be assigned a government attorney number for that limited purpose.

Said attorney has the duty to inform the Court, by motion, when his appointment as an attorney for the United States Equal Employment Opportunity Commission terminates. Moreover, counsel is ORDERED to appear before the Office of the Clerk of Court when physically present within the District of Puerto Rico, to sign the registry of government attorneys.

In San Juan, Puerto Rico this 19th day of February, 2025.

ADA I. GARCIA-RIVERA, ESQ., CPA
CLERK OF COURT

GOVERNMENT ATTORNEY NO.  **G04215**